[No. 2469-42295-1.    Division One.    February 25, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. LEYDELL BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 57481, David W. Soukup, J., entered December

21, 1971. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Williams, JJ.